IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROL GRIFFIN AND MARIE HAMMOND,<br><br>Plaintiffs,<br><br>v.<br><br>MAHON FAMILY MEDICINE, P.C. AND LAN MAHON,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:13-CV-00968-CAP |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted, this 10th day of September 2013.

s/ Viraj Parmar                                             s/ Douglas H. Duerr
_____                    _____
Viraj Parmar                                                 Douglas H. Duerr
Georgia Bar No. 996884                            Georgia Bar No. 231772
Jeff Kerr                                                       Laura R. Anthony
Georgia Bar No. 634260                            Georgia Bar No. 158667
MAYS & KERR, LLC                                 ELARBEE, THOMPSON, SAPP &
235 Peachtree Street N.E.                        WILSON, LLP

| | |
|---|---|
| North Tower, Suite 202 | 229 Peachtree Street, N.E. |
| Atlanta, Georgia 30303 | 800 International Tower |
| Telephone:  (404) 410-7998 | Atlanta, GA 30303 |
| Facsimile:   (404) 855-4066 | Telephone: (404) 659-6700 |
| E: viraj@maysandkerr.com | Facsimile: (404) 222-9718 |
|    jeff@maysandkerr.com | E:  Duerr@elarbeethompson.com |
| |      Anthony@elarbeethompson.com |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROL GRIFFIN AND MARIE HAMMOND,  )<br>)<br>)<br>    Plaintiffs,  )<br>)<br>v.  )<br>)<br>MAHON FAMILY MEDICINE, P.C. )<br>AND LAN MAHON,  )<br>)<br>)<br>    Defendants.  ) | CIVIL ACTION FILE NO.<br>1:13-CV-00968-CAP |

## CERTIFICATE OF SERVICE

I certify that on this day I delivered the foregoing Stipulation to all parties of record through the electronic system of the Northern District of Georgia, Atlanta Division.

s/ Viraj Parmar
Viraj Parmar, Esq.

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, counsel hereby certify that the foregoing pleading has been prepared using Book Antiqua 13 point font, as approved by Local Rule 5.1C.

s/ Viraj Parmar
Viraj Parmar, Esq.
